## SEALS & TENENBAUM
### Attorneys at Law
A Professional Corporation
2323 W. Lincoln Avenue, Suite 127
Anaheim, California 92801
(714) 991-9131
Fax: (714) 991-6526
www.sealstenenbaum.com

**LINDA L. SEALS**
**JAY M. TENENBAUM**

**WALTER W. SCHUSTER**
**RANDALL A. BAKER**

OF COUNSEL
**PHILBERT E. SEALS**

San Francisco Office
3701 Sacramento Street, Suite 451
San Francisco, Ca 94118
(415) 750-0311

**Please respond to Anaheim Office**

October 27, 2006

Anjoe Fan Teppang
1390 Prelude Drive
San Jose CA 95131-3316

Re:   **Hudson & Keyse, Inc. v. Anjoe Fan Teppang**
   Past Due Balance: $17,250.37
   Our File No.: 142660.001

Dear Sir/Madam:

This office has been retained by **Hudson & Keyse, Inc.**, to collect the above balance that you owe our client. As of the date of this letter, the amount due and owing on this account is the amount shown above. Interest and/or other charges will continue to accrue on the account, to the extent permitted by the contract, federal or state laws.

Unless you dispute the validity of the debt or any portion thereof, within 30-days after receipt of this letter, we will assume the debt to be valid. If you notify this firm in writing within the 30-day period that the debt or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you, along with the name of the original creditor, if different from the creditor shown above.

If your obligation remains in default, further legal action may be taken against you that could result in a judgment which may include attorney fees and other litigation costs to the extent permitted by law. If there is no dispute you are urged to contact our office to make appropriate arrangements for payment of the debt.

Very truly yours,

SEALS & TENENBAUM

Jay M. Tenenbaum

cc: Hudson & Keyse, Inc.

**EXHIBIT 1**

**This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.**

The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov