
**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0002 7604 3642**
Detailed Results:

- **Delivered,** November 15, 2006, 10:51 am, ANAHEIM, CA 92801
- **Acceptance,** November 09, 2006, 3:24 pm, SAN JOSE, CA 95101

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Seals & Tenenbaum
   2323 W. Lincoln Av.
   Suite 127
   Anaheim, CA 92801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Scott Dinsmore    11-15-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from)    7006 0810 0002 7604 3642

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**EXHIBIT 3**