

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0810 0002 7604 3727
Detailed Results:
- Delivered, April 23, 2007, 9:19 am, ANAHEIM, CA 92801
- Acceptance, April 19, 2007, 12:02 pm, SAN JOSE, CA 95101

‹ Back      Return to USPS.com Home ›

**Track & Confirm**

Enter Label/Receipt Number.

Go ›



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seals & Tenenbaum
Attorneys at Law
2323 W. Lincoln Ave., Suite
Anaheim, Ca 92801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _illegible_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

127

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0002 7604 3727

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**EXHIBIT**

tabbies

5