1  JAY M. TENENBAUM, ESQ. Bar No. 134221
   SEALS & TENENBAUM
2  ATTORNEYS AT LAW
   2323 W. LINCOLN AVE., SUITE 127
3  ANAHEIM, CALIFORNIA 92801
   (714) 991-9131
4

5  ATTORNEYS FOR: PLAINTIFF, HUDSON & KEYSE, LLC

ENDORSED

2007 AUG 27 A 9: 12

D. Wendel

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA, SAN JOSE COURTHOUSE

| HUDSON & KEYSE, LLC, | Case No. 107CV092955 |
|---|---|
| Plaintiff, | DEMAND = $17,250.37 |
| vs. | COMPLAINT FOR: |
| ANJOE FAN TEPPANG; and DOES 1 to 10, inclusive, | 1. OPEN BOOK ACCOUNT<br>2. ACCOUNT STATED |
| Defendants. | LIMITED CIVIL CASE |

EXHIBIT 6

Plaintiff, HUDSON & KEYSE, LLC, ("Plaintiff") alleges:

1. Plaintiff is, and at all times herein mentioned was, a foreign corporation engaged in interstate commerce.

2. Plaintiff is informed and believes and thereupon alleges that Defendants, ANJOE FAN TEPPANG, is and was an individual who resides in this judicial district.

3. Plaintiff is unaware of the true names or capacities, whether individual, corporate, associate or otherwise of the defendants sued herein as Does 1 to 10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to show the true name and capacities of the fictitiously named Doe defendants when Plaintiff ascertains same.

4. Prior to the filing of the within action, CHASE BANK USA, N.A. assigned to

1

142660                    COMPLAINT
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

1  HUDSON & KEYSE, LLC all rights and title arising as set forth herein.

## FIRST CAUSE OF ACTION
## OPEN BOOK ACCOUNT
## AGAINST ALL DEFENDANTS

5. Plaintiff incorporates by reference paragraphs 1 through 4, inclusive, of this Complaint as though wholly set forth herein.

6. As an alternative and cumulative remedy, Plaintiff alleges that ANJOE FAN TEPPANG; DOES 1 to 10, inclusive became indebted to PLAINTIFF within the last four years on an open book account for money paid, laid out, and expended to or for Defendant at Defendant's special instance and request.

7. Although demand for payment of the sum of $17,250.37 has been made upon Defendant(s), and each of them, Defendant(s), and each of them, have failed and refused and continue to fail and refuse to pay said sum. The sum of $17,250.37 remains now due, owing and unpaid from Defendants to Plaintiff, together with interest thereon at the rate of ten (10) per annum from March 18, 2004.

## SECOND CAUSE OF ACTION
## ACCOUNT STATED
## AGAINST ALL DEFENDANTS

8. Plaintiff incorporates by reference paragraphs 1 through 8, inclusive, of this Complaint as though fully set forth herein.

9. As an alternative and cumulative remedy, Plaintiff alleges ANJOE FAN TEPPANG; DOES 1 to 10, inclusive became indebted to Plaintiff because an account was stated in writing by and between Plaintiff and Defendant(s) in which it was agreed that Defendant was indebted to Plaintiff for money paid, laid out, and expended to or for Defendant at Defendant's special instance and request in the sum of $17,250.37.

10. Although demand for payment of the sum of $17,250.37 has been made upon Defendant(s), and each of them, Defendant(s), and each of them, have failed and refused, and

2

142660        COMPLAINT
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

1 | continue to fail and refuse to pay said sum. The sum of $17,250.37 remains now due, owing and
2 | unpaid from Defendant(s) to Plaintiff, together with interest at the rate of ten (10) percent per
3 | annum from March 18, 2004.

4 |  WHEREFORE, Plaintiff prays for judgment against Defendant(s), and each of them, as
5 | follows:

### ON THE FIRST CAUSE OF ACTION

7 | 1. For the principal sum of $17,250.37;
8 | 2. For interest at the rate of ten (10) percent per annum from on and after March 18,
9 | 2004;

### ON THE SECOND CAUSE OF ACTION

11 | 3. For the principal sum of $17,250.37;
12 | 4. For interest at the rate of ten (10) percent per annum from on and after March 18,
13 | 2004;

### ON ALL CAUSES OF ACTION

15 | 5. For cost of suit incurred herein; and
16 | 6. For such other and further relief as this Court may deem just and proper.
17 | 7. PLAINTIFF REMITS ALL DAMAGES IN EXCESS OF THE
18 | JURISDICTIONAL AMOUNT OF THIS COURT.

19 | DATED: August 14, 2007          SEALS & TENENBAUM

22 |                       by: _____
23 |                           JAY M. TENENBAUM, ESQ.
                                Attorneys for Plaintiff

3

142660          COMPLAINT
This is an attempt to collect a debt. Any information obtained will be used for that purpose.