Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ANJOE TAN TEPPANG

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANJOE TAN TEPPANG,<br><br>Plaintiff,<br><br>v.<br><br>SEALS & TENENBAUM, A PROFESSIONAL CORPORATION, a California corporation; and JAY MICHAEL TENENBAUM, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05163-BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, ANJOE TAN TEPPANG, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, ANJOE TAN TEPPANG, hereby dismisses, with prejudice, all claims made by him against SEALS & TENENBAUM, A PROFESSIONAL CORPORATION, and JAY MICHAEL TENENBAUM, in his Complaint filed herein on October 9, 2007. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

                                              CONSUMER LAW CENTER, INC.

                                              By: /s/ Fred W. Schwinn
                                                    Fred W. Schwinn, Esq.
                                                    Attorney for Plaintiff
                                                    ANJOE TAN TEPPANG